IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., ) | Case No. 1:16-CV-0121-BAH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | |
| ) | |
| Defendant. ) | |
| _____  ) | |

### DECLARATION OF ROBERT KRAUS

I, Robert Kraus, declare the following based on my personal knowledge:

1. I am the Operations Director of the Libertarian National Committee, Inc. ("LNC"), a position I have held for the past eleven years.

2. On October 14, 2014, the LNC received a letter dated October 9, 2014, notifying it for the first time that it would receive a bequest from Joseph Shaber's trust. The amount due the LNC from the Shaber bequest was not finally determined until September, 2015.

3. The LNC did not voluntarily forego any payment in 2014.

4. The first payment received by LNC from the Shaber bequest was a payment of $33,400, received on February 25, 2015.

5. In 2015, the LNC did not hold a presidential nominating convention. The LNC spent no money on a presidential nominating convention in 2015.

6. In 2015, the LNC spent $7,260.61 with respect to the preparation for and the conduct of legal proceedings.

7. In 2015, the LNC spent a total of $72,827.11 on its headquarters, including mortgage payments, utilities, property taxes, maintenance, cleaning, insurance, and association fees.

Executed this the 2nd day of May, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

_Robert Kraus_
Robert Kraus